# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF WASHINGTON

LDK SOLAR CO., LTD )
)
)
)
Plaintiff(s), )
)
v. ) Case Number C09-5518 BHS
)
SILICON & SOLAR, LLC; SILICON & SOLAR )
MFG., LLC; RMD HOLDINGS, LLC; ECOTECH )
RECYCLING, LLC; RENIE M. DUVALL; JOHN )
)
Defendant(s). )

## WAIVER OF THE SERVICE OF SUMMONS

To: James D. Nelson

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 26, 2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/9/09

Signature

Silicon & Solar, LLC
1401 Industrial Way Ste 100
Longview, WA 98632

Printed Name
Office Address,
E-mail Address
Telephnone Number

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Stephanie L Bloomfield**
GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM
PO BOX 1157
TACOMA , WA 98401-1157
253-620-6500
Fax: FAX 1-253-620-6565
Email: sbloomfield@gth-law.com

DATED this 14th day of September, 2009 at Seattle, Washington.

/s/ James D. Nelson
James D. Nelson, WSBA #11134
Victoria M. Pond, WSBA #33159
Attorney for Plaintiff LDK Solar Co., Ltd.
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
Tel:      206-292-9988
Fax:     206-343-7053
Email:   jnelson@@bpmlaw.com
Email:   vpond@bpmlaw.com

395090/091409 1549/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988