THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD., <br><br> Plaintiff <br><br> vs <br><br> SILICON SOLAR, LLC, et al, <br><br> Defendants. | NO. C09-5518 BHS <br><br> DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

Defendants answer Plaintiff LDK Solar Co., Ltd.'s Complaint as follows:

1.      Upon information and belief, Defendants admit the allegations of paragraph 1.

2.      Defendants admit paragraphs 2 through 5.

3.      In response to the allegations of paragraph 6, Defendants admit that Defendant RMD Holdings LLC is a Washington LLC and its principal place of business is Longview, Cowlitz County, Washington.  Defendants deny the remaining allegations of paragraph 6.

4.      Defendants admit the allegations of paragraph 7.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

5.      In response to the allegations of paragraph 8, Defendants admit that Defendant Ecotech Recycling, LLC is a Washington LLC and its principal place of business is Kalama, Cowlitz County, Washington.  Defendants deny the remaining allegations of paragraph 8.

6.      Defendants admit the allegations of paragraphs 9 through 17.

7.      To the extent paragraph 18 requires a response, Defendants admit that there is an increased focus on renewable energy sources, including solar.  Except as so admitted Defendants deny the allegations of paragraph 18.

8.      Upon information and belief, Defendants admit the allegations of paragraph 19.

9.      Defendants deny the allegations of paragraph 20.

10.     In response to the allegations of paragraph 21, Defendants admit that at various times Silicon and Solar LLC supplied raw material as well as test wafers, spacer wafers, outsourcing for coordination for metals, nitride and oxides, specialty II-V wafers and non-semi standard products and consulting services.   Defendants deny the remaining allegations of paragraph 21.

11.     In response to the allegations of paragraph 22, Defendants admit that at various times Silicon and Solar LLC supplied various quantities of IC Grade, Solar Grade and Scrap silicon to LDK.  Defendants deny the remaining allegations of paragraph 22.

12.     In response to the allegations of paragraph 23, Defendants admit that at various times Silicon and Solar LLC purchased silicon on LDK's behalf, that passed through without inspection from offshore locations and without Silicon & Solar's inspection.   LDK's purchases were conditioned upon raw materials being sorted,

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

resistivity tested and cleaned and cleared as necessary to meet LDK's solar specifications, however, much of the material did not meet LDK's specifications. Defendants deny the remaining allegations of paragraph 23.

13.    In response to paragraph 24 Defendants admit that that Silicon & Solar LLC failed to deliver some amount of silicon LDK ordered, but deny that the amount was $5,749,371.23.

14.    In response to paragraph 25, Defendants admit that Silicon & Solar LLC loaned funds to Defendant Silicon & Solar Manufacturing, LLC pursuant to a loan agreement.  Defendants deny all remaining allegations of paragraph 25.

15.    In response to paragraph 26, Defendants admit that Silicon & Solar LLC loaned funds to Defendant RMD Holdings, LLC pursuant to a loan agreement. Defendants deny all remaining allegations of paragraph 26.

16.    In response to paragraph 27, Defendants admit that Silicon & Solar LLC loaned funds to Defendant Ecotech Recycling, LLC pursuant to a loan agreement. Defendants deny all remaining allegations of paragraph 27.

17.    In response to paragraph 28, Defendants admit that Defendant Renie Duvall is a member of Silicon & Solar LLC, and received distributions from the company in 2007 and 2008. Defendants deny all remaining allegations of paragraph 28.

18.    In response to paragraph 29, Defendants admit that Silicon & Solar LLC made distributions to "John Doe" Duvall (true name Phillp Mixer) in 2007 and 2008. Defendants deny all remaining allegations of paragraph 29.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

19.     In response to paragraph 30, Defendants admit that Defendant Silicon & Solar LLC notified all customers including Plaintiff in December 2008 that it was ceasing operations. Defendants deny all remaining allegations of paragraph 30.

20.     In response to paragraph 31 Defendants admit that Silicon & Solar failed to deliver some amount of silicon pursuant to purchase orders from LDK.  Defendants deny the remaining allegations of paragraph 31.

21.     Defendants admit the allegations of paragraph 32.

22.     In response to paragraph 33 Defendants reallege their previous responses.

23.     Defendants deny paragraphs 34-38.

24.     In response to paragraph 39 Defendants reallege their previous responses.

25.     Defendants deny paragraphs 40-42.

26.     Defendants further deny that Plaintiff is entitled to the relief requested in its prayer for relief.

### AFFIRMATIVE DEFENSES

By way of further Answer and Affirmative Defenses, defendants allege as follows:

1.     The alleged transfers or distributions were in exchange for reasonably equivalent value.

2.     The alleged transfers or distributions were not made with the intent to hinder, delay or defraud any creditor.

3.     Silicon & Solar LLC was not insolvent at the time of the alleged transfer or conveyance.

4.     Offset and/or payment.

Answer  4 of 5
(CO9-5518BHS)
[1452629 v06.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1    5.    Defendants reserve the right to amend and assert further affirmative

2  defenses as discovery proceeds.

3    Dated this _*26th*_ day of October, 2009.

4

5                                    GORDON THOMAS HONEYWELL LLP

6

7                          By _*Stephanie Bloomfield*_

8                              Stephanie Bloomfield, WSBA No. 24251
                               sbloomfield@gth-law.com

9                              Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565