THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD., <br><br> Plaintiff <br><br> vs <br><br> SILICON SOLAR, LLC, et al, <br><br> Defendants. | NO. C09-5518 BHS <br><br> JOINT STATUS REPORT |

The parties submit this Joint Status Report and Discovery Plan pursuant to Western District Local Rule 16(a) Federal Rule of Civil Procedure 26(f) and the Court's Order of August 27, 2009.

1. **NATURE AND COMPLEXITY OF THE CASE**

Plaintiff LDK Solar previously sued Defendant Silicon & Solar LLC and obtained a judgment in 3:09-CV-3077 BHS [Dkt. 24] against Defendant Silicon & Solar LLC on May 29, 2009.  In this second lawsuit, Plaintiff alleges that Defendant Silicon & Solar LLC made improper transfers and distributions of funds to Defendants Silicon & Solar Manufacturing LLC, RMD Holdings LLC, Ecotech Recycling LLC, Renie Duvall, and her

Answer  1 of 4
(CO9-5518BHS)
[1456051 v3.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

husband Philip Mixer.  Defendants deny these allegations.  In addition Plaintiff has asserted an equitable claim for an accounting, which would be determined by the court, rather than the jury.

2.      **RESULTS OF FRCP 26(f) CONFERENCE**

There are no outstanding motions at this time.  The parties have not yet commenced discovery at this time but are exchanging initial disclosures.  Defendants have filed an Answer and Affirmative Defenses.

3.      **PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES**

Additional parties should be joined no later than January 15, 2010.

4.      **ALTERNATIVE DISPUTE RESOLUTION**

The parties agree that mediation should be used in this matter pursuant to Local Rule CR 39.1.  A Rule 39.1 mediation should be scheduled no later than June 30, 2010.

5.      **PROPOSED DISCOVERY PLAN**

A.  The parties held a FRCP 26(f) conference on December 4, 2009.  The parties anticipate exchanging initial disclosures as scheduled on December 18, 2009.  The parties also discussed the need for additional discovery at issue in the case and outlined the following plan.

B.  Discovery may be needed upon the following subjects:

- Liability of Defendants;
- Affirmative defenses raised by the Defendants; and
- Damages of Plaintiff.

Discovery should not be conducted in phases.

Discovery should not be limited to particular issues.

Answer  2 of 4
(CO9-5518BHS)
[1456051 v3.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

C. At this points the parties have not identified any necessary changes or limitations on discovery imposed under the Federal and Local Civil Rules.

D. The parties will manage discovery so as to minimize expense by working cooperatively to limit depositions, exchange documents informally and focus discovery on disputed issues.

E. Defendants believe a protective order may be appropriate pursuant to Rule 26(c) to address confidentiality of the parties financial information.

6. **DATE BY WHICH DISCOVERY CAN BE COMPLETED**
July 30, 2010.

7. **USE OF MAGISTRATE JUDGE**
The parties do not consent to trial by Magistrate Judge.

8. **BIFURCATION OF TRIAL**
The parties do not agree to bifurcate trial at this point.

9. **PRETRIAL STATEMENTS AND ORDER**
The parties would prefer to dispense with the pretrial statements and pretrial order called for by Local Rules 16 and 16.1, and instead develop a joint witness and exhibit list.

10. **SUGGESTIONS TO SHORTEN OR SIMPLIFY CASE**
The parties will stipulate to undisputed facts and evidence in an effort to avoid use of unnecessary court time and streamline presentation of this matter.

11. **TRIAL DATE**
The case should be ready for trial by November 8, 2010.

Answer 3 of 4
(CO9-5518BHS)
[1456051 v3.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

12. **TYPE OF TRIAL**

Plaintiff has requested a jury trial.

13. **ESTIMATED NUMBER OF TRIAL DAYS**

The parties expect to need five trial days.

14. **UNAVAILABILITY OF TRIAL COUNSEL**

Counsel for Plaintiff is generally available during the November 2010 - January 2011 time frame, other than the December 20 -31, 2010.

Counsel for Defendant is not available for trial from November 15–19, 2010, December 6-10, and 20-24, 2010, and January 6-15, 2011 due to other trial commitments.

Respectfully submitted this 4th day of December, 2009.

GORDON THOMAS HONEYWELL LLP


By /s/ Stephanie Bloomfield _____
       Stephanie Bloomfield, WSBA No. 24251
       sbloomfield@gth-law.com
       Attorneys for Defendants


BETTS PATTERSON MINES


By /s/ James D. Nelson  _____
       James D. Nelson, WSBA No. 11134
       jnelson@bpmlaw.com
       Victoria M. Pond, WSBA No. 33159
       vpond@bpmlaw.com
       Attorneys for Plaintiff

Answer  4 of 4
(CO9-5518BHS)
[1456051 v3.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565