Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD, a People's Republic of China corporation, | NO. 3:09-cv-5518 BHS |
| Plaintiff, | STIPULATED MOTION AND PROPOSED ORDER |
| vs. | NOTE ON MOTION CALENDAR: |
| SILICON & SOLAR, LLC, a Washington limited liability company; SILICON & SOLAR MFG., LLC, a Washington limited liability company; RMD HOLDINGS, LLC, a Washington limited liability company; ECOTECH RECYCLING, LLC, a Washington limited liability company; RENIE M. DUVALL; JOHN DOE DUVALL; and the marital community comprised of RENIE M. DUVALL and JOHN DOE DUVALL, | January 8, 2010 |
| Defendants. | |

**STIPULATED MOTION**

Plaintiff LDK Solar Co., Ltd named a number of natural and corporate persons as defendants in this action, including Renie Duvall's husband, originally identified as "John Doe

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                              - 1 -
/011510 0950/

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  Duvall." His name is Phillip M. Mixer, Jr. The parties agree that the caption in this action
2  should reflect his true name. Where the caption now reads, "John Doe Duvall," it should
3  henceforth read "Phillip M. Mixer, Jr." They jointly ask for entry of the proposed order below.
4      DATED this 8th day of January, 2010.

BETTS, PATTERSON & MINES, P.S.

By /s/ James D. Nelson
James D. Nelson, WSBA #11134
BETTS PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988
(206) 343-7053 (Facsimile)
jnelson@bpmlaw.com

Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                          - 2 -
/011510 0950/

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP


By /s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA # 24251
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
PO Box 1157
Tacoma, WA  98401-1157
(253) 620-6514
(253) 620-6565 (Facsimile)
sbloomfield@gth-law.com

Attorneys for Defendants


ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this _____ day of _____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                              - 3 -
/011510 0950/

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988