Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

LDK SOLAR CO., LTD, a People's Republic of China corporation,

    Plaintiff,

vs.

SILICON & SOLAR, LLC, a Washington limited liability company; SILICON & SOLAR MFG., LLC, a Washington limited liability company; RMD HOLDINGS, LLC, a Washington limited liability company; ECOTECH RECYCLING, LLC, a Washington limited liability company; RENIE M. DUVALL; JOHN DOE DUVALL; and the marital community comprised of RENIE M. DUVALL and JOHN DOE DUVALL,

    Defendants.

NO. 3:09-cv-5518 BHS

STIPULATED MOTION AND ORDER

NOTE ON MOTION CALENDAR:

January 8, 2010

**STIPULATED MOTION**

Plaintiff LDK Solar Co., Ltd named a number of natural and corporate persons as defendants in this action, including Renie Duvall's husband, originally identified as "John Doe Duvall." His name is Phillip M. Mixer, Jr. The parties agree that the caption in this action

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                  - 1 -
427310/012110 1622/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1   should reflect his true name.  Where the caption now reads, "John Doe Duvall," it should

2   henceforth read "Phillip M. Mixer, Jr."  They jointly ask for entry of the proposed order below.

3   DATED this 8th day of January, 2010.

4   BETTS, PATTERSON & MINES, P.S.

By /s/ James D. Nelson
James D. Nelson, WSBA #11134
BETTS PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988
(206) 343-7053 (Facsimile)
jnelson@bpmlaw.com

Attorneys for Plaintiff


GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP


By /s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA # 24251
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
PO Box 1157
Tacoma, WA  98401-1157
(253) 620-6514
(253) 620-6565 (Facsimile)
sbloomfield@gth-law.com

Attorneys for Defendants

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                            - 2 -
427310/012110 1622/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this 15th day of January, 2010.

_____
BENJAMIN H. SETTLE
US District Court Judge

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                  - 3 -
427310/012110 1622/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988