Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LDK SOLAR CO., LTD, a People's Republic of China corporation,

Plaintiff,

vs.

SILICON & SOLAR, LLC, a Washington limited liability company; SILICON & SOLAR MFG., LLC, a Washington limited liability company; RMD HOLDINGS, LLC, a Washington limited liability company; ECOTECH RECYCLING, LLC, a Washington limited liability company; RENIE M. DUVALL; JOHN DOE DUVALL; and the marital community comprised of RENIE M. DUVALL and JOHN DOE DUVALL,

Defendants.

NO. 3:09-cv-5518 BHS

STIPULATED MOTION AND PROPOSED ORDER

NOTE ON MOTION CALENDAR:

May 5, 2010

**Clerk's Action Required**

## STIPULATED MOTION

Plaintiff LDK Solar Co., Ltd paid defendant Silicon & Solar, LLC for product that Silicon & Solar, LLC did not deliver. Silicon & Solar, LLC contends that it has been unable to

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                        - 1 -
439921/050510 1211/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

deliver the product because its subsuppliers have not honored their contracts to deliver raw materials or delivered substandard and nonconforming materials. Accordingly, LDK Solar Co., Ltd. and Silicon & Solar, LLC jointly move to stay this action for six months' time so that they may together determine whether it would be profitable to cooperatively pursue Silicon & Solar's subsuppliers to effect additional recoveries. LDK has conducted discovery and Silicon and Solar as well as the individual defendants have fully responded with information in a timely fashion. The individual defendants have no objections to the stay

No later than November 5, 2010 LDK Solar Co., Ltd. will inform the Clerk of the Court whether LDK Solar Co., Ltd. will dismiss its claims against Silicon & Solar, LLC and/or the remaining defendants; jointly seek another stay; or ask that this case be reinstated on the Court's calendar.

DATED this 5th day of May, 2010.

BETTS, PATTERSON & MINES, P.S.


By /s/ James D. Nelson
James D. Nelson, WSBA #11134
BETTS PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988
(206) 343-7053 (Facsimile)
jnelson@bpmlaw.com

Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                           - 2 -
439921/050510 1211/78730001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP


By /s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA # 24251
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
PO Box 1157
Tacoma, WA 98401-1157
(253) 620-6514
(253) 620-6565 (Facsimile)
sbloomfield@gth-law.com

Attorneys for Defendants

ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

Lodged by:

BETTS, PATTERSON & MINES, P.S.


By_____/s/ James D. Nelson_____
   James D. Nelson, WSBA #11134
   Victoria M. Pond, WSBA #33159
Attorneys for Plaintiff LDK Solar Co., Ltd

STIPULATION AND PROPOSED ORDER
(3:09-cv-5518 BHS)                                       - 3 -
439921/050510 1211/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988