# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD, a People's Republic of China corporate entity,<br><br>Plaintiff,<br><br>vs.<br><br>SILICON & SOLAR, LLC, a Washington corporation,<br><br>Defendant. | NO. 3:09-cv-05518-BHS<br><br>LDK'S REQUEST TO BE REINSTATED ON THE COURT'S CALENDAR<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to three stipulated motions, *see, e.g.* stipulated motions filed on January 15, 1010 (Dkt 10), May 5, 2010 (Dkt. 13), and November 5, 2010 (Dkt. 15), this case has been stayed three times so that the parties could seek a nonjudicial resolution of their dispute.

The parties have not been able to resolve their dispute. LDK Solar Co., Ltd. ("LDK") therefore does not seek another stay. Pursuant to the Court's Order of November 17, 2010 (Dkt. 17), LDK hereby gives notice to the Court and to all concerned parties that LDK asks that this case be reinstated on the Court's calendar.

LDK'S REQUEST TO BE REINSTATED
ON COURT'S CALENDAR                                   1

391622/051611 1622/78730001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1

DATED this 16th day of May, 2011.
BETTS, PATTERSON & MINES, P.S.

By /s/ James D. Nelson
James D. Nelson, WSBA #11134
BETTS PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988
(206) 343-7053 (Facsimile)
jnelson@bpmlaw.com
Attorneys for Plaintiff

LDK'S REQUEST TO BE REINSTATED
ON COURT'S CALENDAR         1
391622/051611 1622/78730001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988