UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LDK SOLAR CO., LTD, a People's Republic of China corporation,

Plaintiff,

v.

SILICON & SOLAR, LLC, a Washington limited liability company; SILICON & SOLAR MFG., LLC, a Washington limited liability company; RMD HOLDINGS, LLC, a Washington limited liability company; ECOTECH RECYCLING, LLC, a Washington limited liability company; RENIE M. DUVALL; JOHN DOE DUVALL; and the marital community comprised of RENIE M. DUVALL and JOHN DOE DUVALL,

Defendants.

CASE NO. C09-5518BHS

ORDER REINSTATING CASE

This matter comes before the Court on Plaintiff's request to reinstate this case and set a case schedule. The Court has reviewed the brief filed in support of the request and the remainder of the file and hereby reinstates the case. *See* Dkt. 18 (request); *see also* Dkt. 17 (stipulated order that Plaintiff would request that the Court reopen the case if alternative means for resolving the case could not be accomplished).

Therefore, it is hereby **ORDERED** that this matter is **REINSTATED**. The Clerk **SHALL set** a new case schedule.

DATED this 23rd day of May, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER