THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD.,<br><br>                              Plaintiff<br><br>vs<br><br>SILICON SOLAR, LLC, et al,<br><br>                              Defendants. | NO. C09-5518 BHS<br><br>STIPULATED JOINT MOTION TO STAY CASE<br><br>Noted for: August 30, 2012 |

Plaintiff and Defendant hereby jointly move this Court for an Order staying this case until the Defendants' bankruptcy proceedings have been concluded.  This stay is based on the Chapter 7 petition filed by Defendants Duvall and Mixer, as well as the express representation that Defendant EcoTech will be filing a Chapter 11 petition before September 15, 2012.

Dated this 30th day of August, 2012.

| GORDON THOMAS HONEYWELL LLP | BETTS PATTERSON & MINES, P.S. |
|---|---|
| By   /s/ Stephanie Bloomfield<br>   Stephanie Bloomfield, WSBA No. 24251<br>   sbloomfield@gth-law.com<br>   Attorneys for Defendants. | By   /s/ James D. Nelson<br>   James D. Nelson, WSBA No. 11134<br>   jnelson@bpmlaw.com<br>   Victoria M. Pond, WSBA No. 33159<br>   vpond@bpmlaw.com<br>   Attorneys for Plaintiff |

STIP. JOINT MOT. TO STAY CASE - 1 of 2
[100049110.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

ORDER

This matter having come before the Court based on the joint motion set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby;

ORDERED that this case is hereby STAYED until the Defendants' bankruptcy proceedings have been concluded or the matter is otherwise resolved. **The parties are directed to file a status report by March 1, 2013**.

DATED this 30th day of August, 2012.

                                    _____
                                    BENJAMIN   H.   SETTLE
                                    United States District Judge

APPROVED FOR ENTRY:

GORDON THOMAS HONEYWELL LLP


By     /s/ Stephanie Bloomfield
       Stephanie Bloomfield, WSBA No.24251
       sbloomfield@gth-law.com
       Attorneys for Defendants

BETTS PATTERSON & MINES, P.S.


By     /s/ James D. Nelson
       James D. Nelson, WSBA No. 11134
       jnelson@bpmlaw.com
       Victoria M. Pond, WSBA No. 33159
       vpond@bpmlaw.com
       Attorneys for Plaintiff

STIP. JOINT MOT. TO STAY CASE - 2 of 2
[100049110.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565